FILED
FEB 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BREAKING THE CHAIN FOUNDATION, INC.,
Bellevue Resource Center
4409 South Capitol Street SW
Washington DC 20032

    Plaintiff,

v.

CAPITOL EDUCATIONAL SUPPORT, INC.,
29 Florida Avenue, NW
Washington DC 20002

    Defendant.

Case: 1:08-cv-00356
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 2/28/2008
Description: General Civil

## COMPLAINT

Plaintiff Breaking The Chain Foundation, Inc. seeks injunctive and monetary relief from Defendant Capitol Education Support, Inc. for trademark infringement, cybersquatting, false designation of origin and unfair competition with respect to Plaintiff's trade name and trademark BREAKING THE CHAIN. As alleged more fully below, Defendant has violated, and continues to violate, the Trademark Act of 1946 as amended, 15 U.S.C. §§ 1125, *et seq.* (the "Lanham Act"), and District of Columbia law through its unauthorized use of Plaintiff's trade name and trademark BREAKING THE CHAIN in the name of its programs and concert series, "Breaking the Chain Concert Series" and the domain name <breakingthechaincs.com>.

## PARTIES

1.     Plaintiff Breaking the Chain Foundation, Inc. (hereinafter "BTC" or "Plaintiff") is a District of Columbia non-profit corporation having its principal place of business at Bellevue Resource Center, 4409 South Capitol Street SW, Washington DC 20032. BTC's mission is to

eradicate inter-generational incarceration in the Washington, DC area and provide support services to children of incarcerated persons.

2. Defendant Capital Educational Support, Inc. (hereinafter "CES" or "Defendant"), is, upon information and belief, a District of Columbia non-profit corporation having its principal place of business at 29 Florida Avenue, NW, Washington DC 20002. Upon information and belief, Defendant provides educational and support services to children of incarcerated persons and students enrolled in under-performing public schools.

## JURISDICTION AND VENUE

3. This Court has personal jurisdiction over Defendant because Defendant conducts business in the District of Columbia.

4. This Court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over BTC's claims under District of Columbia law.

5. Venue is proper in this District under 28 U.S.C. § 1391(b), as Defendant has its principal place of business in this District and, upon information and belief, a substantial part of the events or omissions giving rise to the claim occurred and are occurring in this District.

## BTC'S USE AND PROMOTION OF ITS TRADEMARK "BREAKING THE CHAIN"

6. BTC is a Washington, DC non-profit corporation that was founded in 2001 as the culmination of Executive Director Dr. Deborah Meyers's doctoral thesis in Ministerial Studies from the Howard University in Washington, DC.

7. BTC's mission is to eradicate inter-generational incarceration in Washington, DC and its surrounding areas.

8. BTC provides a wide variety of community services under the trademark BREAKING THE CHAIN, including a mentoring program, tutoring program, financial

DM_US:21033980_1

sponsorship program, social service referral program, as well as charitable fundraising for children whose parents are incarcerated.

9. BTC collaborates with a variety of metropolitan Washington DC organizations, such as the DC public schools, the DC courts, and the University of Maryland, as well as local families and churches, to provide services for children whose parents are in prison.

10. Since its inception, BTC has widely used its trade name and trademark throughout the media. (*See* Exhibit A.)

11. BTC has also received wide publicity throughout the press and other media for its charitable services provided singularly under the trade name and trademark BREAKING THE CHAIN.

12. Since Plaintiff's inception in 2001, Plaintiff has continuously operated under the trade name BREAKING THE CHAIN FOUNDATION.

13. Since receiving its first grant from the District of Columbia Department of Health and Human Services in 2004, Plaintiff has continuously used the trademark BREAKING THE CHAIN in commerce in the United States in connection with the aforementioned services.

14. BTC has a federal trademark registration and pending application for its trademark BREAKING THE CHAIN. A chart detailing BTC's federal registration and pending application for its trademark BREAKING THE CHAIN is set forth below:

| Mark | Registration/ Serial No. | Goods/Services |
|---|---|---|
| [BREAKING THE CHAIN FOUNDATION logo] | 3,375,836 | Educational and charitable services, namely, providing mentoring and counseling to at-risk children, tutoring and homework assistance to at-risk children and sponsorship in the field of youth programs; Referrals for at-risk children in the field of social services; Charitable fund raising services, namely, fund raising for at-risk children and their families |

| Mark | Registration/ Serial No. | Goods/Services |
|---|---|---|
| BREAKING THE CHAIN FOUNDATION | 77/219233 | Educational and charitable services, namely providing mentoring and counseling to at-risk children, tutoring and homework assistance to at-risk children and sponsorship in the field of youth programs; Referrals for at-risk children in the field of social services; Charitable fund raising services, namely, fund raising for at-risk children and their families. |

15. As a result of BTC's widespread use and promotion of its trademark BREAKING THE CHAIN, BTC is widely recognized in the District of Columbia and surrounding areas by members of the non-profit community, as well as among members of the District of Columbia community at-large, for providing services to children of incarcerated parents.

## DEFENDANT'S WRONGFUL ACTIVITIES

16. Defendant is without authority or permission of BTC using the trademark BREAKING THE CHAIN in connection with similar or identical services to mentor children of prisoners.

17. Defendant is sponsoring a concert series in Washington, DC entitled the "Breaking the Chain Concert Series" to raise funds for children of incarcerated parents.

18. Defendant is using the term "Breaking the Chain" in connection with its mentoring program for children of incarcerated parents.

19. Defendant has held at least one concert in the "Breaking The Chain Concert Series," and, upon information and belief, Defendant is planning an additional concert in the "Breaking the Chain Concert Series" in Spring or early Summer of 2008.

20. Upon information and belief, Defendant knew of BTC and its programs and services at the time it adopted the term "Breaking the Chain" and "Breaking the Chain Concert Series".

DM_US:21033980_1

21. Defendant is not affiliated with or sponsored by BTC, and has never been authorized by BTC or any of its employees, directors, affiliates, or authorized agents to use the term "Breaking the Chain" in any form.

22. Defendant has never provided services for BTC or collaborated with BTC or any of its employees, directors, affiliates, or authorized agents.

23. Defendant's unauthorized use of the mark "BREAKING THE CHAIN" in the manner described above:

   (a) is likely to confuse members of the public as to the origin, sponsorship, or approval of Defendant's mentoring services benefiting children of prisoners, or as to some affiliation, connection or association of Defendant with BTC;

   (b) is likely to confuse members of the public as to the origin, sponsorship, or approval of Defendant's concert series, or as to some affiliation, connection, or association of Defendant with BTC;

   (b) enables Defendant to trade on and receive the benefit of goodwill BTC has built up at great labor and expense over many years, and to gain acceptance for Defendant's services and concert series not solely on its own merits, but on the reputation and goodwill of BTC and its trademark and services;

   (c) unjustly enriches Defendant; and

   (d) unlawfully removes from BTC the ability to control the nature and quality of services provided under the trademark BREAKING THE CHAIN and places the goodwill and valuable reputation of BTC in the hands of Defendant, over which BTC has no control.

24. BTC has been damaged and continues to be damaged by Defendant's unauthorized use of the trademark BREAKING THE CHAIN in the manner described above.

25. Unless these acts of Defendant are restrained by this Court, they will continue to cause irreparable injury to BTC and to the public for which there is no adequate remedy at law.

## COUNT I
## FEDERAL TRADEMARK INFRINGEMENT
## (Lanham Act § 32, 15 U.S.C. § 1114(1))

26. BTC realleges and incorporates the allegations set forth in paragraphs 1 through 25 herein.

27. Defendant's use of the trademark "BREAKING THE CHAIN" in connection with its services and programs to raise funds for children of incarcerated parents is likely to cause confusion, cause mistake, or deceive members of the public as to the source or sponsorship of its concert series.

28. The acts of Defendant complained of herein constitute use in commerce of reproductions, copies, or colorable imitations of BTC's trademark BREAKING THE CHAIN in connection with the sale, offering for sale, distribution and advertising of goods or services in violation of 15 U.S.C. § 1114(1).

29. Defendant's acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of BTC's prior use, and rights in its mark, and with intent to trade off BTC's goodwill in its mark.

30. As a result of the foregoing alleged actions of Defendant, BTC has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BTC will continue to suffer injury and damage.

## COUNT II
## FEDERAL UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN AND TRADE NAME INFRINGEMENT
## (Lanham Act § 43(a), 15 U.S.C. § 1125)

31. BTC realleges and incorporates the allegations set forth in paragraphs 1 through 30 herein.

32. Defendant's unauthorized use of the trademark BREAKING THE CHAIN in connection with its program to raise funds for children of incarcerated parents falsely indicates that its services and the "Breaking the Chain Concert Series" is connected with, sponsored by, affiliated with, or related to BTC.

33. Defendant's unauthorized use of the trademark BREAKING THE CHAIN has caused, and is likely to continue to cause confusion, mistake, or deception as to the source or sponsorship of its services and the "Breaking the Chain Concert Series".

34. Defendant's unauthorized use of the trademark BREAKING THE CHAIN has diminished the goodwill in BTC's mark which BTC has built up at great labor and expense.

35. The acts of Defendant complained of herein constitute unfair competition, false designation of origin, and trade name infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

36. Defendant's acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of BTC's rights in its mark.

37. As a result of the foregoing alleged actions of Defendant, BTC has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BTC will continue to suffer injury and damage.

## COUNT III
## VIOLATION OF THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT
### (Lanham Act § 43(d), 15 U.S.C. § 1125(d))

38. BTC realleges and incorporates the allegations set forth in paragraphs 1 through 37 herein.

39. BTC owns and uses the domain name <breakingthechainfoundation.org>.

DM_US:21033980_1

40. The domain name <breakingthechaincs.com> registered by Defendant or its agent incorporates the mark BREAKING THE CHAIN.

41. The mark BREAKING THE CHAIN was distinctive at the time of the registration of <breakingthechaincs.com>.

42. Upon information and belief, Defendant's registration and use of the domain name has been in bad faith, in that the registration and use occurred with full knowledge and conscious disregard of BTC's rights in the mark BREAKING THE CHAIN and with intent to re-direct web traffic to <breakingthechaincs.com> for commercial gain.

43. The acts of Defendant complained of herein constitute cybersquatting in violation of Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

44. As a result of the foregoing alleged actions, BTC has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BTC will continue to suffer injury and damage.

## COUNT IV
## TRADEMARK INFRINGEMENT
## (Common Law of the District of Columbia)

45. BTC re-alleges and incorporates the allegations set forth in paragraphs 1 through 43 herein.

46. Defendant's use of the infringing mark as described above has caused, is causing and, unless enjoined by this Court, will continue to cause confusion and mistake in the marketplace and deception of the trade and public as to the relationship or affiliation of the parties and the source, origin, or sponsorship of their respective services.

47. On information and belief, Defendant, with full knowledge of BTC's prior rights in its trademark BREAKING THE CHAIN, and of the valuable goodwill associated therewith,

8

has committed the acts alleged herein willfully, with the intent to trade off, or in complete disregard of, BTC's goodwill and the goodwill associated with BTC's trademark.

48.  The acts of Defendant complained of herein constitute trademark infringement in violation of the common law of District of Columbia.

49.  Defendant's use of the infringing mark as described above has impaired, is impairing and, unless enjoined by this Court, will continue to impair BTC's reputation under its trademark and has caused, is causing and, unless enjoined by this Court, will continue to cause injury and damage to BTC for which BTC is entitled to relief under the common law.

50.  As a result of the foregoing alleged actions, Defendant has been unjustly enriched and BTC has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BTC will continue to suffer injury and damage.

## COUNT V
## UNFAIR COMPETITION
### (Common Law of the District of Columbia)

51.  BTC realleges and incorporates the allegations set forth in paragraphs 1 through 50 herein.

52.  The acts of Defendant complained of herein constitute unfair competition in violation of the common law of the District of Columbia.

53.  As a result of the foregoing actions of Defendant, BTC has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BTC will continue to suffer injury and damage.

## PRAYER FOR RELIEF

WHEREFORE, BTC prays that:

1. Judgment be entered for BTC on its claims.

2. Defendant, its agents, servants, employees, attorneys, and all others in active concert or participation with any of them, be enjoined and restrained, during the pendency of this action, and permanently thereafter, from:

(a) Using any trade name or trademark that is confusingly similar to the trademark BREAKING THE CHAIN, including, but not limited to, the name "Breaking the Chain Concert Series";

(b) Using the domain name <breakingthechaincs.com>, or any other term incorporating the mark BREAKING THE CHAIN, to advertise and promote its services and the "Breaking the Chain Concert Series"; and

(c) doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendant is affiliated with, sponsored by, or approved by BTC.

3. An accounting be directed to determine any and all of Defendant's proceeds resulting from Defendant's activities and that any such gains be paid over to BTC and increased as the Court finds to be just under the circumstances of this case.

4. Defendant be required to pay, in accordance with Section 35(a) of the United States Trademark Act, 15 U.S.C. § 1117(a) and (b), an award of treble BTC's actual damages and Defendant's profits.

5. Defendant, in accordance with Section 36 of the United States Trademark Act, 15 U.S.C. § 1118, be required to deliver to BTC for destruction all papers, signs, labels, prints, packages, advertising, or other promotional materials in Defendant's possession or control bearing the trademark BREAKING THE CHAIN.

6. Defendant, in accordance with Section 34(a) of the United States Trademark Act, 15 U.S.C. § 1116(a), be required to file with the Court, and serve upon Plaintiff, within thirty (30) days after the entry and service on Defendant of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of such injunction.

DM_US:21033980_1

7. BTC recover such other relief as the Court may deem appropriate.

Respectfully submitted,

Dated: February 28, 2008

Susan M. Kayser, Esq. (D.C. Bar # 444423)
Nina Osseiran, Esq. (D.C. Bar # 479278)
(*pro hac vice application to be submitted*)
David M. Jaquette, Esq. (*pro hac vice application to be submitted*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Plaintiff*
Breaking The Chain Foundation, Inc.

11

# EXHIBIT A

Breaking The Chain Foundation - BeaChain-Breaker Page 1 of 1





# Breaking the Chain Foundation

*Changing the lives of children one person at a time*

| | |
|---|---|
| | Welcome |
| | Who We Are |
| | Services Provided |
| | BTC Mentoring Program |
| | BTC Referral Program |
| | BTC Sponsoring Program |
| | BTC Tutoring Program |
| | Our Partners |
| | Contact Us |
| | Make a Donation |
| | Calendar |
| | Search |
| | Mailing List |
| | Be a Chain Breaker |
| | Watch Our PSA |
| | Picture Page |

**BOARD OF DIRECTORS**

Dr. La Verne Briggs
Colin Cassett, Esq.
Dr. Robert C. Connor
Dr. Willie E. Ringold

Dr. Deborah Jackson-Meyers
*Executive Director*

Shane J. Henderson
*Youth Coordinator*

Joyce A. Johnson
*Administrative Assistant*

Dear Friend,

 We bring you greetings from Breaking the Chain Foundation. We would like to graciously thank you for the support you have given us through the years.

 We are continuing our fight to provide support and to advocate on behalf of the children and youth of the incarcerated parents and parents who are under correctional supervision.

 We would like you to consider becoming a "Chain Breaker", by partnering with us. Being a "Chain Breaker" means you will commit a gift of ten to twenty dollars monthly for one year. The vow you make of this amount will allow us to continue to provide the following services:

- Mentoring Program
- Sponsoring Program
- Tutoring Services
- Referral Services

 This commitment will support the mission of Breaking the Chain Foundation which is to systematically intervene and stop the causative variables (family and society) that contribute to intergenerational incarceration by providing services to the children, youth, and families impacted by incarceration. Please make your check or money order out to Breaking the Chain Foundation or visit our **donation** page and make a contribution using PayPal.

 We thank you for your commitment as a "Chain Breaker." May God continue to richly bless you.

Sincerely,
**Dr. Deborah Jackson-Meyers**
*Founder and Executive Director*
*Breaking the Chain Foundation*

Bellevue Resource Center ♦ 4409 South Capitol Street, SW ♦
Washington, DC 20032
P.O. Box 41175 ♦ Washington, DC 20015
Telephone: 202-373-1522/1523 ♦ Fax: 202-373-1170

Website Design Copyright © 2007 CharityAdvantage.com

08 0356
**FILED**
FEB 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Who We Are



Dr. Deborah Jackson-Meyers, Executive Director of the Breaking the Chain Foundation, recognized first and, at an early age, the devastating impact of incarceration on the family. As a child of a convicted felon, she is all too familiar with the stigma attached to children of incarcerated parents and the myriad of social problems that they are confronted with on a daily basis. Notwithstanding the numerous obstacles that confronted her as an economically deprived African American growing up in the inner city of New Orleans, Louisiana, through an internal strength and deep spiritual resolve, she rose to overcome her circumstances and "Break the Chain" of intergenerational incarceration. Many family members, however, were not as fortunate and ended up as chattel in the prison system.

Her courage and commitment as a change agent led her to achieve numerous academic credentials that would enable her to accomplish her vision - to assist other youth, whose parent or parents are incarcerated. Rev. Dr. Meyers has a Master's Degree in Social Work and Divinity, as well as, a Doctor of Ministry Degree from Howard University. Dr. Meyers' life-long vision to assist children of incarcerated parents came to fruition in March 2001, when she founded the Breaking the Chain Foundation.

**Board of Directors:**

Dr. LaVerne Briggs
Colin Carriere, Esq.
Dr. Robert C. Connor
Joann Kelley
Rev. Angela Sims
Cedric Hendricks, Esq.

### Mentoring Program:
The Breaking the Chain Foundation Mentoring Program links youth between the ages of ten and fifteen with caring adult mentors for the purpose of gaining necessary supports to navigate through difficult circumstances, make positive life choices, enhance commitments for academic success and build ambition toward achieving their personal goals.

### Sponsoring Program:
The Breaking the Chain Foundation Mentoring Program links youth between the ages of six and sixteen with caring adult sponsors for the purpose of economically rendering support to assist monetarily these children through difficult circumstances.

### Tutoring Program:
The purpose of the Homework Center is to increase reading and math levels for both adult offenders and their children.

### Referral Program:
The Breaking the Chain Foundation's Prescribe Preventive Services or Ministries (PPSM) Referral Program refers youth after administering a baseline assessment to providers specialized and/or licensed in their field of expertise for the purpose of rendering services to those youth who may need psychological counseling, tutoring, nutritional services and recreational programs.

**Breaking the Chain Foundation**
Mailing Address: P.O. Box 41175 Washington D.C. 20018
Address: 4409 South Capitol Street, SW Washington, DC 20032
Tel: 202-373-1822 or 202-373-1823
Fax: 202-373-1170
www.BreakingTheChainFoundation.org



**Reducing the Adverse Effects of Intergenerational Incarceration**

Breaking the Chain Foundation
Tel: 202-373-1822 or 202-373-1823

# PRESS RELEASE

Tune in to *DaJour Live* with National Television and Radio Talk Show Host Prince DaJour!
**Monday, January 22, 2007 at 7:00 pm**
WPGC CBS Radio Heaven 1580 Worldwide

WWW.HEAVEN1580AM.COM

Be sure to tune in to a *LIVE* interview with Dr. Deborah Meyers, Founder and Executive Director of Breaking the Chain Foundation. Breaking the Chain Foundation is a non-profit 501(c)(3) organization founded in March 2001 to systemically eradicate intergenerational incarceration. Breaking the Chain Foundation offers mentoring, tutorial services, and positive activities to children and youth of incarcerated parents and parents under correctional supervision.

Taking live call-ins and comments at (202)432-1580.

Shane J. Henderson
*Youth Coordinator*
Breaking the Chain Foundation
4409 South Capitol Street, SW
Washington, DC  20032
Work: 202.373.1822/1823
Cell: 202.449.2407
Fax: 202.373.1170
Email: shenderson@breakingthechainfoundation.org
Website: www.breakingthechainfoundation.org

Copyright © 2003-2007. All rights reserved.

 Washington's Premier Networking Group

Greetings TALK DC Members and Special Guests:

# SAVE THE DATE!!!

Join us Wednesday, December 6 for TALK DC’s Annual Holiday Party at the exclusive *SKY CLUB*, 700 Water Street, SW. 6:00PM – 11:00PM

We also invite you to support two local charities that need your help this holiday season. **The Breaking the Chain Foundation** (founded in 2001) is a 501c(3) organization located in Ward 8 that specializes in providing educational and social assistance services to children whose parents are incarcerated, or are under court supervision. Playing **Secret Santa** is always fun and there are many children in the District who may not receive a visit from the big guy without your help. Attached is more information on these worthy organizations.

Best Wishes to you and yours,

Carla Labat
Evelyn Lugo
TALK DC
www.talkdc.com


Check out the new AOL. Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.
**Attachments**



## 1ST ANNUAL APPRECIATION BANQUET

*"Celebrating Our Accomplishments, Realizing Our Potential, Breaking the Chain of Intergenerational Incarceration"*

Howard University
Armour J. Blackburn Center - East Ballroom
Sunday, September 19, 2004
4:00pm - 7:00pm



# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS<br>Breaking The Chain Foundation, Inc.<br><br>(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001<br>(EXCEPT IN U.S. PLAINTIFF CASES) | DEFENDANTS<br>Capitol Educational Support, Inc.<br><br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Susan M. Kayser, Esq.<br>Howrey LLP, 1299 Pennsylvania Avenue, NW<br>Washington, DC 20004   202-783-0800 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| Real Property<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | Bankruptcy<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☑ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | Forfeiture/Penalty<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Federal Trademark Infringement (Lanham Act § 21, 15 U.S.C. § 1114(1))

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ☑ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☑ NO   If yes, please complete related case form.

DATE February 28, 2008   SIGNATURE OF ATTORNEY OF RECORD   *[signature]*

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.