UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BREAKING THE CHAIN FOUNDATION, INC.,
Bellevue Resource Center
4409 South Capitol Street SW
Washington DC 20032

    Plaintiff,

v.

CAPITOL EDUCATIONAL SUPPORT, INC.,
29 Florida Avenue, NW
Washington DC 20002

    Defendant.

Case: 1:08-cv-00356
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 2/28/2008
Description: General Civil

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Breaking The Chain Foundation, Inc., certify that to the best of my knowledge and belief, Breaking The Chain Foundation, Inc. has no parent corporations or publicly held stock. These representations are made in order that judges of this court may determine the need for recusal.

Dated: February 28, 2008

Susan M. Kayser, Esq. (D.C. Bar # 444423)
Nina Osseiran, Esq. (D.C. Bar # 479278)
(*pro hac vice application to be submitted*)
David M. Jaquette, Esq. (*pro hac vice application to be submitted*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Plaintiff*
Breaking The Chain Foundation, Inc.