UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAKING THE CHAIN FOUNDATION, INC., <br> Bellevue Resource Center <br> 4409 South Capitol Street SW <br> Washington DC 20032 <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL EDUCATIONAL SUPPORT, INC., <br> 29 Florida Avenue, NW <br> Washington DC 20002 <br><br> Defendant. | Civil Action No. _____ |

## MOTION FOR ADMISSION *PRO HAC VICE*

Upon the attached Declaration, Susan M. Kayser hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court of the District of Columbia, for an order admitting David M. Jaquette, to the Bar of this Court, *pro hac vice*, for the purpose of representing plaintiff Breaking The Chain Foundation, Inc. in the above-captioned case. A proposed order is attached.

Respectfully submitted,

HOWREY LLP

/s/ Susan M. Kayser

Susan M. Kayser D.C. Bar #444423
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
(202) 383-7454

Dated: February 28, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BREAKING THE CHAIN FOUNDATION, INC.,
Bellevue Resource Center
4409 South Capitol Street SW
Washington DC 20032

        Plaintiff,

v.

CAPITOL EDUCATIONAL SUPPORT, INC.,
29 Florida Avenue, NW
Washington DC 20002

        Defendant.

Civil Action No. _____

## DECLARATION OF DAVID M. JAQUETTE IN SUPPORT OF MOTION TO ADMIT DAVID M. JAQUETTE IN THIS MATTER *PRO HAC VICE*

I, David M. Jaquette, declare:

1. My name is David Matthew Jaquette.

2. I am an Associate with the law firm of Howrey, LLP, located at 1299 Pennsylvania Avenue, NW, Washington D.C. 20004-2404, phone number (202) 783-0800.

3. I am a member of the bar of the State of New York.

4. I certify that I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* to the U.S. District Court for the District of Columbia in the last two years.

6. I am engaged in the practice of law from an office located in the District of Columbia and I have a pending application for membership in the District of Columbia Bar.

I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct.

Executed on this 25th day of February, 2008 in Washington D.C.

_____
David M. Jaquette
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 383-6663
Facsimile: (202) 383-6610

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAKING THE CHAIN FOUNDATION, INC., <br> Bellevue Resource Center <br> 4409 South Capitol Street SW <br> Washington DC 20032 <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL EDUCATIONAL SUPPORT, INC., <br> 29 Florida Avenue, NW <br> Washington DC 20002 <br><br> Defendant. | Civil Action No. _____ |

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Susan M. Kayser, attorney for Breaking The Chain Foundation, Inc. and said sponsor of the attorney's affidavit in support,

IT IS HEREBY ORDERED that

David M. Jaquette
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC
(202) 383-6663
(202) 383-6610 (fax)
jaquetted@howrey.com

is admitted to practice *pro hac vice* as counsel for Breaking The Chain Foundation, Inc. in the above captioned case in the United States District Court for the District of Columbia.

DM_US:21042294_1

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

                                                    S O  O R D E R E D:

                                                    _____

                                                    U.S.D.J.