UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAKING THE CHAIN FOUNDATION, INC., <br> Bellevue Resource Center <br> 4409 South Capitol Street SW <br> Washington DC 20032 <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL EDUCATIONAL SUPPORT, INC., <br> 29 Florida Avenue, NW <br> Washington DC 20002 <br><br> Defendant. | Civ <br><br> Case: 1:08-cv-00356 <br> Assigned To : Kollar-Kotelly, Colleen <br> Assign. Date : 2/28/2008 <br> Description: General Civil |

## MOTION FOR ADMISSION *PRO HAC VICE*

Upon the attached Declaration, Susan M. Kayser hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court of the District of Columbia, for an order admitting Nina Osseiran, to the Bar of this Court, *pro hac vice*, for the purpose of representing plaintiff Breaking The Chain Foundation, Inc. in the above-captioned case. A proposed order is attached.

Respectfully submitted,

HOWREY LLP

_____
Susan M. Kayser D.C. Bar #444423
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
(202) 383-7454

Dated: February 28, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAKING THE CHAIN FOUNDATION, INC., <br> Bellevue Resource Center <br> 4409 South Capitol Street SW <br> Washington DC 20032 <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL EDUCATIONAL SUPPORT, INC., <br> 29 Florida Avenue, NW <br> Washington DC 20002 <br><br> Defendant. | Civil Action No. _____ |

### DECLARATION OF NINA OSSEIRAN IN SUPPORT OF MOTION TO ADMIT NINA OSSEIRAN IN THIS MATTER *PRO HAC VICE*

I, Nina Osseiran, declare:

1. My name is Nina Minon Osseiran.

2. I am an Associate with the law firm of Howrey, LLP, located at 1299 Pennsylvania Avenue, NW, Washington D.C. 20004-2404, phone number (202) 783-0800.

3. I am a member of the bar of the District of Columbia and the State of California.

4. I certify that I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* to the U.S. District Court for the District of Columbia in the last two years.

6. I am engaged in the practice of law from an office located in the District of Columbia and I am a member of the District of Columbia Bar, D.C. Bar # 479278.

I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct.

Executed on this 28th day of February, 2008 in Washington D.C.

*/s/ Nina Osseiran*

Nina Osseiran
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

DM_US:21042287_1