UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAKING THE CHAIN FOUNDATION, INC., <br> Bellevue Resource Center <br> 4409 South Capitol Street SW <br> Washington DC 20032 <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL EDUCATIONAL SUPPORT, INC., <br> 29 Florida Avenue, NW <br> Washington DC 20002 <br><br> Defendant. | Civil Action No. 1:08-cv-00356-CKK |

**Supplemental Declaration of Nina Osseiran in support of Motion to Admit Nina Osseiran in this Matter *Pro Hac Vice***

I, Nina Osseiran, declare:

I am familiar with the current version of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of this Court, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996.

I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct.

Executed on this 14th day of March, 2008 in Washington D.C.

*/s/ Nina Osseiran*

Nina Osseiran
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610