AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Columbia

BREAKING THE CHAIN FOUNDATION, INC.

**SUMMONS IN A CIVIL ACTION**

V.

CAPITOL EDUCATIONAL SUPPORT, INC.

Case: 1:08-cv-00356
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 2/28/2008
Description: General Civil

TO: (Name and address of Defendant)
Capitol Educational Support, Inc.
29 Florida Avenue, NW
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Susan M. Kayser, Esq.
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             FEB 2 8 2008
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Breaking the Chain Foundation, Inc.<br><br>Plaintiff<br><br>v.<br><br>Capitol Educational Support, Inc.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00356 CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons; Civil Cover Sheet; Complaint with Exhibits; Certificate Under LCvR 7.1; Motion for Admission Pro Hac Vice for Nina Osseiran; Declaration of Nina Osseiran in Support of Motion to Admit Nina Osseiran in the Matter Pro Hac Vice; Motion for Admission for Pro Hac Vice for David M. Jaquette; Declaration of David M. Maquette in Support of Motion to Admit David M. Jaquette in this Matter Pro Hac Vice; Initial Electronic Case Filing Order; Order Establishing Procedures for Electronic Filing for Cases Assigned to Judge Colleen Kollar-Kotelly; Consent to Proceed Before a United States Magistrate Judge for All Purposes; and Notice of Right to Consent to Trial Before United States Magistrate Judge on Capitol Educational Support, Inc. in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 23, 2008 at 12:35 PM, I served the within Summons; Civil Cover Sheet; Complaint with Exhibits; Certificate Under LCvR 7.1; Motion for Admission Pro Hac Vice for Nina Osseiran; Declaration of Nina Osseiran in Support of Motion to Admit Nina Osseiran in the Matter Pro Hac Vice; Motion for Admission for Pro Hac Vice for David M. Jaquette; Declaration of David M. Maquette in Support of Motion to Admit David M. Jaquette in this Matter Pro Hac Vice; Initial Electronic Case Filing Order; Order Establishing Procedures for Electronic Filing for Cases Assigned to Judge Colleen Kollar-Kotelly; Consent to Proceed Before a United States Magistrate Judge for All Purposes; and Notice of Right to Consent to Trial Before United States Magistrate Judge on Capitol Educational Support, Inc. at 29 Florida Avenue, NW, Washington, DC 20001 by serving Okera Stewart, Executive Director, authorized to accept. Described herein:

Gender: Male    Race/Skin: Black    Hair: Black    Age: 35    Height: 6'0"    Weight: 155

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

*Wesley Jennings* (signature)
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this __23rd__ day of __June__, 2008.

*Angela H. Cason* (signature)
Notary Public            My Commission Expires: 03-31-09