UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BREAKING THE CHAIN FOUNDATION, INC.,<br>Bellevue Resource Center<br>4409 South Capital Street SW<br>Washington DC 20032<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL EDUCATIONAL SUPPORT, INC.,<br>29 Florida Avenue, NW<br>Washington DC 20002<br><br>　　　　Defendant. | Civil No. 1:08-cv-00356-CKK |

**Supplemental Declaration of David M. Jaquette in support of Motion to Admit David M. Jaquette in this Matter *Pro Hac Vice***

I, David M. Jaquette, declare:

　　I am familiar with the current version of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of this Court, the rules of this Court, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996.

　　I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct.

　　Executed on this 7th day of August, 2008 in Washington D.C.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David M. Jaquette
　　　　　　　　　　　　　　　　　　HOWREY LLP
　　　　　　　　　　　　　　　　　　1299 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　Telephone: (202) 783-0800
　　　　　　　　　　　　　　　　　　Facsimile: (202) 383-6610