CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Plaintiff<br>Breaking The Chain Foundation, Inc.<br><br>vs.<br><br><br>Capitol Educational Support, Inc.<br>Defendant | Civil Action No. 1:08-cv-00356CKK |

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the __23rd__ day of __June__, __2008__, and an affidavit on behalf of the plaintiff (s) having been filed, it is this __8th__ day of __August__, __2008__ declared that __Capitol Educational Support, Inc.__

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Breaking The Chain Foundation, Inc.
    Plaintiff(s)

vs.

Civil Action No. 1:08-cv-00356CKK

Capitol Educational Support, Inc.
    Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 8th day of August, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Capitol Educational Support, Inc. was [were] (select one):

- ☑ personally served with process on June 23, 2008 by personally serving Capitol Educational Support Inc.'s Executive Director, Mr. Okera Stewert.
- ☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.
- ☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.
- ☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
- ☑ no extension has been given and the time for filing has expired
- ☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
David M. Jaquette
Howrey LLP
1299 Pennsylvania, Ave NW
Washington, DC 20004
202.383.6663

979641
Bar Id. Number

Name, Address and Telephone Number