CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Breaking The Chain Foundation, Inc.
    Plaintiff(s)

vs.

Civil Action No. 1:08-cv-00356CKK

Capitol Educational Support, Inc.
    Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __8th__ day of __August__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Capitol Educational Support, Inc. was [were] (select one):

☑ personally served with process on __June 23, 2008 by personally serving__. Capitol Educational Support Inc.'s Executive Director, Mr. Okera Stewert.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_/s/ David M. Jaquette_
Attorney for Plaintiff(s) [signature]
David M. Jaquette
Howrey LLP
1299 Pennsylvania, Ave NW
Washington, DC 20004
202.383.6663

979641

Bar Id. Number          Name, Address and Telephone Number