UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAKING THE CHAIN FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL EDUCATIONAL SUPPORT, INC. <br><br> Defendant. | Civil Action No. 08-356 (CKK) |

**ORDER**
(August 29, 2008)

The Complaint in this case was filed on February 28, 2008. Defendant Capitol Educational Support, Inc. was served on June 23, 2008; however, no response to the Complaint has been filed. On August 11, 2008, upon motion by Plaintiff, the Clerk of Court entered a default against Defendant Capitol Educational Support, Inc. Since that time, Plaintiff has not taken any additional measures to prosecute this case.

Therefore, it is this 29th day of August, 2008, hereby,

**ORDERED** that on or before September 26, 2008, Plaintiff shall move for default judgment, and in doing so, shall brief the legal basis for the relief requested. In the event that Plaintiff fails to move for default judgment by September 26, 2008, the court shall dismiss this case without prejudice for want of prosecution.

**SO ORDERED.**

                                                                                                   */s/*
                                                                                                 COLLEEN KOLLAR-KOTELLY
                                                                                                 United States District Judge